IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| BREWER et al., | |
|---|---|
| *Plaintiffs,* | |
| v. | CIVIL ACTION |
| TROY BILT et al., | NO. 22-04505 |
| *Defendants.* | |

## ORDER

**AND NOW**, this 5th day of May 2023, upon consideration of Plaintiff's Motion to Extend Discovery (ECF 19), and for the reasons discussed on a telephone conference with counsel for all parties (ECF 21), it is hereby **ORDERED** that Plaintiff's Motion (ECF 19) is **DENIED**.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.