

Michael A. Muha                                                   412-392-5379
Attorney at Law                                              Fax: 888-811-7144
Admitted in PA                                            mmuha@dmclaw.com

September 25, 2023

VIA ELECTRONIC FILING

The Honorable Chad F. Kenney
U.S. District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street, Independence Mall West
Philadelphia, PA 19106

        RE:      Brewer v. Troy Bilt, et al., Case No. 2:22-cv-04505-CFK

Your Honor:

        I represent the Defendants in this action, in which the Court has ordered the parties to file a status report. I am writing to report that this case has not settled, and that Defendants' Motion to Exclude Michael Stichter and Motion for Summary Judgment have been fully briefed and are ripe for disposition. Thank you.

                                Very truly yours,

                                *Michael A. Muha*

                                Michael A. Muha

MAM

cc:     David B. Sherman, Esq. (Counsel for Plaintiffs)
        Richard T. Coyne, Esq.

30367068.1

DICKIE, McCAMEY & CHILCOTE, P.C. | ATTORNEYS AT LAW
MAIN: 412-281-7772   FAX: 888-811-7144
TWO PPG PLACE, SUITE 400 | PITTSBURGH, PA 15222-5402 | WWW.DMCLAW.COM

CALIFORNIA | DELAWARE | MICHIGAN | NEW JERSEY
NEW YORK | NORTH CAROLINA | OHIO
PENNSYLVANIA | SOUTH CAROLINA | WEST VIRGINIA