IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT BREWER, et al.** | : | CIVIL ACTION |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| **TROY BILT, et al.,** | : | |
| *Defendants.* | : | NO. 22-cv-04505 |

## O R D E R

**AND NOW,** this 31st day of October 2023, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 24), Plaintiffs' Response in Opposition (ECF No. 27) and the Reply to the Response (ECF No. 28); Defendants' Motion to Exclude Dr. Strichter (ECF No. 23) and Plaintiffs' Response in Opposition (ECF No. 26); and Defendants' Omnibus Motion in Limine (ECF No. 32), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment (ECF No. 24) is **GRANTED** in its entirety, and the case is DISMISSED.

2. Defendants' Motion to Exclude Dr. Stichter (ECF No. 23) and Defendants' Omnibus Motion in Limine (ECF No. 32) are **DENIED AS MOOT**.

The Clerk of Court shall close the above-captioned matter.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**